UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

TABITHA YADEN,

    Plaintiff,

vs.

WELTMAN, WEINBERG & REIS CO., L.P.A.; and Does 1 through 10, inclusive,

    Defendant.

Case No. 4:13-cv-00054-JHM-HBB

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, TABITHA YADEN, by counsel, and Defendant WELTMAN, WEINBERG & REIS CO., L.P.A., by counsel, hereby stipulate and agree that Plaintiff's action against WELTMAN, WEINBERG & REIS CO., L.P.A.; and Does 1 through 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

Dated: 5/20/2014

/s/Shireen Hormozdi (with permission)
Shireen Hormozdi
shireen@hormozdilaw.com
Hormozdi Law Firm, LLC
1770 Indian Trial Lilburn Road
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
*Counsel for Plaintiff,*
*Tabitha Yaden*

Dated: 5/20/2014

/s/ Gregory S. Berman
gberman@wyattfirm.com
Allison L. Brown
abrown@wyattfirm.com
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
Phone: 502.589.5235
Facsimile: 502.589.0309
*Counsel for Defendant,*
*Weltman, Weinberg & Reis Co., L.P.A.*

1