UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| TABITHA YADEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELTMAN, WEINBERG & REIS CO., L.P.A.; and Does 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 4:13-cv-00054-JHM-HBB |

### ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

PURSUANT TO Rule 41(a)(1)(A)(ii), IT IS SO ORDERED that all claims of Plaintiff TABITHA YADEN against Defendants WELTMAN, WEINBERG & REIS CO., L.P.A.; and Does 1 through 10, inclusive, are dismissed, with prejudice. Plaintiff TABITHA YADEN and Defendant WELTMAN, WEINBERG & REIS CO., L.P.A. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　**Joseph H. McKinley, Jr., Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**

DATED: May 27, 2014

2